UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-25-T-30EAJ

ADBUL JAMAL WESLEY BREWLEY
WINTHREP JAMES JENKINS

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 78) by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for the Glock 23, .40 caliber firearm, serial number NYT117 and ten rounds of Hornady .40 caliber ammunition.

Being fully advised in the premises, the Court finds that on January 6, 2014, the Court entered Preliminary Orders of Forfeiture forfeiting to the United States all right, title, and interest of each defendant in the assets, pursuant to 21 U.S.C. § 853.  Docs. 60, 61.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from January 7, 2014 through February 5, 2014. Doc. 69.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida

Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person, other than the defendants Brewley and Jenkins, whose interests were forfeited to the United States in the Preliminary Orders of Forfeiture, are known to have an interest in the assets. No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 78) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 13th day of March 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2013\13-cr-25 forfeit fj 78.docx

2